CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California 94102-3495
　　Telephone: (415) 436-7177
　　FAX: (415) 436-7234
　　molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FNU MANEET SINGH, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al.*, <br><br> Defendants. | Case No. 4:26-cv-03040-HSG <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND ORDER** |

　　　The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint.  Defendants will file their response on or before July 16, 2026.  The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

　　　The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order.  Dkt. No. 6.  Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or August 14, 2026.  In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants file their motion for summary judgment by September 14, 2026.

Stipulation to Extend
Case No. 4:26-cv-03040-HSG　　　　　　　　　1

Dated: June 15, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: June 15, 2026

*/s/ Niralkumar Patel*
NIRALKUMAR PATEL
KLDP, LLP
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    6/16/2026

HON. HAYWOOD S GILLIAM, JR
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 4:26-cv-03040-HSG                    2

## DECLARATION OF MOLLY A. FRIEND

I, Molly A. Friend, declare and state as follows:

1.      I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal DefendantS in the above-captioned action.

2.      On April 9, 2026, Plaintiffs filed a complaint in which they seek adjudication of their Form, I-526E, Immigrant Petition by Regional Center Investor, and Form I-485, Application for Adjustment of Status. *See* Dkt. No. 1.  Our office was served with the complaint on April 16, 2026.

3.      My office has been conferring with the agency regarding this case and we determined that Defendants need a brief period of additional time to prepare their response. Accordingly, my office contacted Plaintiffs' counsel regarding Defendants' request for an extension of time to prepare their response to the complaint, and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  June 15, 2026

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney

Stipulation to Extend
Case No. 4:26-cv-03040-HSG                      3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that on this day she caused a copy of the following document(s):

**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER**

to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the last known address:

Sanketkumar Amrutbhai Patel
47563 Minaret Falls Ter
Fremont, CA 94539
Sendtosanket@gmail.Com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   June 15, 2026

_____/s/ Lillian Do_____
LILLIAN DO
Paralegal Specialist

Stipulation to Extend
Case No. 4:26-cv-03040-HSG                    4