CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FNU MANEET SINGH, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al.*,<br><br>Defendants. | Case No. 4:26-cv-03040-HSG<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT AND ORDER** |

On June 16, 2026, the Court granted the parties' request to extend time for Defendants' response to Plaintiff's complaint, setting the due date for Defendants' response as July 16, 2026. *See* Dkt. No. 9. The parties, through their attorneys, now hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until September 14, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiffs filed this action seeking adjudication of their Form I-526E, Petition for Alien Entrepreneur, and Form I-485, Application for Adjustment of Status. United States Citizenship and Immigration Services ("USCIS") is working to adjudicate Plaintiffs' Form I-526E petitions and Form I-485 applications. The parties conferred and agree to stay litigation deadlines in this case for a limited

time to allow the agency to review and process Plaintiffs' petitions and applications.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until September 14, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 16, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: July 16, 2026

*/s/ Niralkumar Patel*
NIRALKUMAR PATEL
KLDP, LLP
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/17/2026

HON. HAYWOOD S GILLIAM, JR
United States District Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.